IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:18CR270-LO |
| ) | |
| EDWIN ANYAOKU, ) | Hon. Liam O'Grady |
| ) | |
| Defendant ) | |

## DEFENDANT'S MOTION TO
## DISMISS FOR LACK OF JURISDICTION AND IMPROPER VENUE

COMES NOW the Defendant, Edwin Anyaoku, by and through counsel, and respectfully moves this Honorable Court to dismiss the Indictment for lack of federal jurisdiction and improper venue for all of the reasons set forth his in Memorandum In Support of Motion to Dismiss for Lack of Jurisdiction and Venue, Dkt. No. 29.

Respectfully submitted,

By counsel

/s/
Elizabeth Mullin
Va. Bar. No. 86668
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800
(703) 600-0880 (fax)
Elizabeth_Mullin@fd.org

.

2

## **CERTIFICATE OF SERVICE**

      I certify that on September 30, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends a notification of such filing to all counsel of record.

                                                       /s/  
                                                     Elizabeth Mullin  
                                                     VA Bar No. 86668