# Exhibit 1

# Character Letters

January 25,  2020.

Honourable Liam O' Grady.
U.S. District Judge.

Dear Judge O' Grady,

My name is Benjamin Anyaoku, A Commissioned Christian Evangelist. I own a business outfit in Nnewi, Anambra State Nigeria and trade on motorcycle spare parts. Mr Edwin Anyaoku is my immediate younger brother. He is the last born in our family. We grew up together in the family and attended school together.

I have always been very close to Edwin including when we were growing up.  We did many things together such as our family chores and playing especially football which he loved immensely and was usually the goal keeper. My brother Edwin is peace loving, kind-hearted and a very caring person. He was not quarrelsome or rascal even as a young child.

He is friend to everyone in the family and has good rapport with everybody including our neighbours. Even while in South Africa, he did not forget us and will take time to call to find out how we are doing. He sends daily Christian and inspirational text to us which were a source of motivation for me and my wife. A caring brother and son to the core; though he is the last born in the family, he specially took care of our parents. He provided for our parents when they were alive and came home specially to see our aged mother. He made sure she lacked nothing and sent money for her food and hospital bills. He also paid school fees for some of our nephews.

Edwin is married and has four young daughters. He takes care of them and does not neglect them. He is very much loved by his wife and children and they miss him greatly. The last daughter has repeatedly asked me on phone when he will be coming home. They are very dependent and close to him.

Edwin is very sad and remorseful on his offense and conviction.  I wish to express that he is not a habitual offender. He does not belong to any group or cult against the laws of our land and community. He has never shown any sign of profligacy. He lives very simply and quiet life and stays with us whenever he visits home alone or with the family.

My brother who is before your law court is in a very difficult situation because of his family. We are devastated by this situation. His wife and young daughters are perplexed and heavily affected by his prolong absence. I wish to plead for leniency when delivery your judgement. Your leniency will contribute greatly in saving the lives of these young children who greatly depend on him for sustenance. Please be merciful.

Thank you for your time,

Yours faithfully,

BAnyaoku

Mr. Benjamin Anyaoku
█████████████████

HONORABLE LIAN O'GRADY
U.S DISTRICT JUDGE

DEAR JUDGE O'GRADY

Letter of Character. ANYAOKU

MY NAME IS MRS PATIENCE Anichebe, A NATIVE OF OJOTO. I am 69 Year's old. Mr Edwin Anyaoku happen's to be My Younger brother, the last child in the family of Nine. our parent's are late, I have Come to know my brother as a man with a hearth of Gold, who helps his family and non-family. I can say doing charity is his hobby, based on how he trained some youth's in ou Community in the field of Education, And he gave His Best Car to his elder brother. He Help train his cousin i School. He is the last child but the bread Winner in the Entire FAMily. HE CAN EVEN GIVE HIS EYE to some Body to see and GET BLIND IF NOT stopped. So many life depend on Him, I can Continue but as I recall BACK It Break's MY Hearth, and already I am a High Blood Pressure Patient. I Just wish I could see him one MORE Time and ask HIM why He left those who need Him
Thanks

Nnamdi Azikiwe University Teaching Hospital,

███████,

Nnewi, Anambra State,

Nigeria.

25th January, 2020.

Honourable Liam O'Grady,

U.S. District Judge.

Dear Judge O' Glady:

## CHARACTER LETTER FOR EDWIN ANYAOKU

My name is Akubukor Franklyne Chinenye, a 500/600 level student of the Department of Medicine and Surgery, Nnamdi Azikiwe University Teaching Hospital Nnewi, Anambra State Nigeria. Mr. Edwin Anyaoku is my Uncle.

I have known Mr. Anyaoku as a good and loving Uncle who cares for the needs of the needy and ready to make sacrifice most times against his comfort. In 2016 when I secured admission to study medicine and Surgery but had challenge paying my school fees (after seeking for the admission for 5years), I reached out to many who gave me genuine reasons why they can't be of assistance then I placed a call to my Uncle Edwin whom as of then was trying to sort out his daughters school fees in South Africa.  After explaining my plight, Mr. Edwin suggested his daughter defer her admission for one year seeing the urgency of my plea. Whenever I remember this act of benevolence by him, it often put me in tears and serious state of depression since I learnt about his resent predicament. Before then, I have heard stories from my mum most at times coming as complaint on how Mr. Ayaoku has been assisting many family members and meeting peoples needs while he has not sorted out his own personal needs. Sincerely, he has been a good and sacrificial uncle over the years.

Mr. Edwin is also known in the family and neighbourhood as a morally sound and good fellow, who is very committed to his faith (Christianity). He admonishes me

through the social media platform to be a good citizen and encourages me to study the Holy Scripture and be a good and responsible fellow. it was when I wake up every morning and not seeing his admonishing for two (2) weeks that I have to reach out to know about his well been only to hear about the sad event. Sincerely life for me without Mr. Edwin has been full of challenges all round, financially my medical studies has faced a lot of set back as I have to miss classes in order to raise funds for my fees, morally I don't get those words of encouragement which keeps me sane in a society like ours.

In addition to our relationship as my Uncle, Mr. Anyaoku is a usually upstanding member of the family and neighbourhood at large and well respected among his peers, known for his stand for the truth not minding who is involved. While I was surprised to hear of the misconduct, it comes as no surprise that he is ready to accept responsibility for his actions as he has always done. Despite the current case, I still believe Mr. Anyaoku to be a honourable individual, a valuable member of my family (my favourite Uncle actually) and a role model to me.

It is my sincere and heart felt plea that the court takes this letter into consideration at the time of sentencing as the Joy of many lies in the outcome. Please all I have stated here is nothing but the truth to the best of my knowing Mr. Edwin.


Sincerely yours,

FCA

**Akubukor Franklyne Chinenye.**

HONORABLE LIAN O' GRADY,
U.S DISTRICT JUDGE

Dear JUDGE O' GRADY.

Letter of Character, ANYAOKU

My name is Mrs Patience Durugo, I'm
40yrs old, Mr Edwin Anyaoku happens
to be my uncle from my mother side,
Honestly speaking I have never heard of
him been involved in any misconducts, his a
a great christianan and a man with a heart
of gold, who cares and give without looking
back, I' grew up almost in my mothers place
because my father rejected us because we
are all girls, so he took care of us training
us in schools, providing feedings, clothes etc.
Not just only us, so many was part of his
good will, when my imadate younger sister died
he was the only one that brought his only Land
to be used, while others refused, he sent money

he could he loves us, he showed
us so much love, he has been assisting so
many poor families in my village (my mothers
place which is my home of comfort and love).
My uncle made me believe again that
a girl child can be somebody in life,
his a man of charity, peaceful and —
accomdating, he brought Unity between
me and a sister cousin who I have never
spoken to for long, my uncle made peace between
us, I call him a child of God, his
early morning WhatsApp prayer messages
wakes up, just wanna say I love you so
much and wishes to hear your voice and
see your smiling face again, We need food
to eat where are you brother! Some are out
of schools now, no one again to run to —
I, have been sick, my white uncle who
behaves like the white man, attitude of helping
helping people has always been in your
those poor people you are helping are
crying, where are you!!.

Thanks

Jonathan Okoye

███████████

███████████

02/16/20

RE: US v Edwin Anyaoku

To: The Honorable Judge Liam O'Grady

I am 56 years Old, a Public Safety and Fire and Life Safety Director. Edwin Anyaoku is my uncle we grew up together with eight other of my siblings in my father's house. My father is a disciplinarian, a no nonsense man that installed upon us the need for honesty, truthfulness, kindness, respect for the law and hard work (which he led by example). I was very shocked when I heard of my uncle's alleged crime at first I thought it must be a mistake because I have known my uncle to be a God fearing man that sends me bible verse from time to time and a hard working man that is always willing to assist others.

I went to see uncle Edwin on 12/29/19 at the detention center, what I saw was a broken man that was disappointed in himself and too embarrassed to steadily look into my eyes. We talked about my family and at every mention of his own family I can feel the sadness and the look of disappointment that he feels that his action has caused his family. He apologized to me for according to him for inconveniences I must have gone through to come see him.

Till now, beside questions from Elizabeth Mullin I do not know the details of my Uncle Edwin's alleged crime. I was told by Elizabeth Mullin that my uncle had mentioned to an undercover agent that he has a nephew in New York that will work with the agent. My Uncle Edwin should have known better than to involve me in such matters.  Uncle Edwin has never discussed any of his alleged drug deal he has in America with me and I have never been involved in any drug deal with him or anyone else. In my twenty years here I have worked my fingers off to earn my wages.

Edwin Anyaoku despite his grievous misfortune of associating with some undesirables is not a dangerous man. He is an upright man that weeps when he sees a stranger weep, a good husband and father to his own kids and others. His absence will cause hardship to many. Dear Honorable O'Grady I beg of you to be lenient with my uncle Edwin in your judgment, I am positive he has learnt his lesson.


Sincerely,


Jonathan Okoye

Honorable Liam O'Grady

U.S District Judge

Dear Judge O'Grady:

My name is Mark Uchenna a long time family friend of Edwin Anyaoku. Currently employed as a regional Manager with INFOFINDA,a property information and consulting company situated in Johannesburg South Africa and a full time church worker with KINGDOM CHRISTIAN CHURCH also in Johannesburg.

I met Edwin Anyaoku in 1998 as we were the newly young immigrants coming from Nigeria into South Africa to look for a better life. It was during one of our community , having come from the same state and local government area in Nigeria and he struck me as a really nice person and we have been friends ever since.

Our relationship has grown during this 22 years that our family has become best of friends, our children at some points attends the same schools, often going on holidays together.

Edwin for the better part of the years that I have known him is the most humble person I ever come across, a family man who dots on his wife and children, a leader in his community as he has served in the leadership of his town and village organizations, friendly, selfless and always has a listening ear to everyone.

As the nature of my work involves traveling, wherever I may be, I sleep with my two eyes closed knowing that my family is well looked after as Edwin will diligently check up on them on daily basis. On the few occasions that I travel with my family, he is the only one with access to my house for safe keeping. I hold Edwin in such high regard that when God blessed me with my first daughter, I found no other person Worthy to act as a God parents to her than Edwin and his wife Audrey. Such was his closeness to my family that his absence has been noticed by my children as they keep asking when is Uncle Edwin coming back.

With this, it was a great shock to me and indeed the whole community when the news broke out of the situation that he got himself involved in as in my best opinion out his character. It was at first a feeling of disbelief and disappointment and I strongly believe that whatever circumstances that led him to such act is regrettable as he demonstrated on the few times I visited him while incarcerated here in South Africa.

One incident that best describes who Edwin truly is was a situation that happened after one his court proceedings here in South Africa, the security details in the court made a mistake thinking that Edwin has been released and took him out of jail and asked to him leave, they took him outside the court premises and him in his character informed the security that it was an error and they took him back. My Lord you will agree with me that every normal person would have used that opportunity to escape. He also refused to fight or contest his extradition to the United States as he is one person that believes in justice.

Despite the circumstances that Edwin has found himself, I believe that he has learned his lesson and still has a lot to offer his community and his family in particular, his daughters need him and we all miss him.

I will attach a photo of Edwin and Audrey his wife during my daughter's church dedicated as her God's parent.

Yours sincerely

Mark Uchenna.





## GRACE PLACE CHURCH

### INFO
WWW.GRACEPLACE.CO.ZA
OFFICE TEL: **011 452 9318**
INFO@GRACEPLACE.CO.ZA

### ADDRESS
SHOP L5 & L10
STONERIDGE CENTRE
HEREFORD ROAD
GREENSTONE HILL
1609

### NPO NUMBER
NPO REGISTRATION NUMBER:
**2012 / 126493 / 08**



**21 JANUARY 2020**

Honorable Liam O'Grady
U.S District Judge

Dear Judge O'Grady:

**Re: Edwin Anyaoku**

With reference to the above, we are writing this letter to share what we know about Edwin and how we have known him over the last 15 years.

Belinda and I are the Lead Pastors of Grace Place International Church and Edwin and his family have been members of the church since it began in 2012.

We have known the Anyaoku family for many years and upon starting Grace Place the family joined. They have served at the church in many ways, and at the time of Edwin's arrest we were arranging for Edwin and Audrey to begin a Home Cell at their home (This is like a mini church service on a week night).

We were all shocked to hear of Edwin's arrest and it has been extremely hard on the family. Edwin would often attend church functions, over and above church services and we know him to be a quiet, kind and gentle person, who always showed the utmost respect to the leaders within the church.

Edwin was involved in serving at Grace Place along with his family who are still serving at present. Because we are a close-knit community, we intend on helping the family and especially Edwin on his return one day to restore him back into this community and help him reach his potential.

While in prison in South Africa, Edwin made some life changing decision and showed true remorse to his wife when she visited. He has come to realize what an impact it has made especially on Audrey and his children.

I do believe Edwin to be a genuine person who found himself on a road that was destructive and is now facing the consequences.

Please be assured that we will help the family in any way we can; and once Edwin has returned, we will welcome him back and continue with the process of restoration in his life.

Should you need anymore information, please do not hesitate to contact us.

Yours sincerely,



**MARK FLETCHER** / LEAD PASTOR

Gert & Noelene Botha



Gauteng, South Africa

25 December 2019

Honorable Liam O'Grady
U.S.District Judge

Dear Judge O'Grady

**<u>RE: EDWIN ANYAOKU</u>**

We, Gert and Noelene Botha are the leaders of a Grace Net group of which Edwin, Audrey and their daughters are members.  In our personal capacity, Gert is self-employed, the owner of Lions Metal Traders and Noelene is the Talent and Learning Manager at Estee Lauder Companies, South Africa.

The Grace Net group is an extension of the Grace Place Church that meet on a Wednesday evening in our home.  The Grace Net provides an opportunity for church members to connect and fellowship on a more personal level.

We met the Anyaoku family in 2014.  We first became acquainted with Audrey when we were in the same class at Bible School.  Later that year the Anyaoku family joined our Grace Net and have been active and committed members since.

We soon recognized the bond of love the family shared with each other and with God.  We also observed Edwin and Audrey's relationship with God, level of commitment, and their leadership abilities. We identified them as future Grace Net leaders and the plan for 2019 was to groom and support them into starting their own Grace Net.

The Anyaoku's are a close-knit family and Edwin is a family man, working hard and committed to providing for his family.  He is gentleman and a man of few words who lives for his family who he loves dearly.  We've known Edwin to be sincere, honest trustworthy and humble.  There has never been a moment where we've doubted Edwin's integrity. Even though Edwin stands convicted of a serious offence, we still have the same views of him and see him as a man of good standing.

We have assured Audrey of our friendship and support outside of the Gracenet group.  Where possible we have supported her business and have occasionally gifted her.  Our loyalty to the family extends to when Edwin returns and we look forward to providing them with moral support as they reunite as a family.

We are grateful for the opportunity that we have had to share the above with you.

Sincerely,

Gert Botha (SA ID: ███████████ )
Noelene Botha (SA ID: █████████ )

To

Honorable Liam O'Grady

U.S. District Judge


January. 17 . 2020


Dear Judge O'Grady,

My name is Anyaoku Obinna, I am in enterprenuer with a water factory here in Nigeria. I am writing on behalf of    Edwin Anyaoku who is appearing before your court on    March 20, 2020.

Mr Edwin Anyaoku is my beloved uncle and the last brother of my father . I have known him since i was a little boy and now i am a young man and he has always been someone that I look up to and respect becasue of the way he carries him self. He is a soft person, caring and kind at heart.    I say this because on few ocassions he has single handedly taken care of important family issues. He also advices me on how to be a good and productive person to myself, my family and    my immediate environment.

He is a devoted father and husband who works hard to provide for his kids and wife and that i admire about him.    When he comes home, he is always palyful and will to help around with what ever need help. He also avoids trouble with anyone and just tries to live a peaceful and quiet life


I strongly hope that u would consider Mr edwin during this troubled period of his life while u make a fair decision    Thank you for your consideration

Your Sincerely
Anyaoku obinna

To

Honorable Liam O'Grady

U.S. District Judge


January. 17 . 2020


Dear Judge O'Grady,


My name is Mr. Augustine Nnamdi Anyaoku, senior brother to Mr. Edwin Anyaoku. I am a retired Local Gospel music marketer in Nigeria.

Our entire family was taken aback at the news of my brother having committed this kind of offense. He has never done a thing like this to bring disappointment to our family. As a senior brother to Edwin, I lived closely with him growing up and i can confidently say that he has always led a very positive lifestyle.

Edwin has never been previously involved with drug and certainly does not have any previous criminal record. We understand that he is yet to come to terms, trying to cope with the grief after we lost our parents five years ago,being the last child among eight(8) siblings. However, he made it clear to me during our conversation that such an event is not an escuse to resort to drugs and i would'nt approve of him resorting to such crime to combat his emotional pains.

Our entire family loves Edwin and are willing to support in any capacity to move on with his life and wish him the best outcome for this case. Mr.Edwin desrves a second chance, i hope you will be willing to give him one.


Sincerely,

Mr. Augustine Nnamdi Anyaoku

18 February 2020

Honorable Liam O'Grady
U.S. District Judge

Dear Judge O'Grady:

My name is Charlene Elizabeth Ntsime. I'm a Learning and Development Facilitator as well as a 5th year Theology student and a 3rd year Industrial Psychology Student. I've known Edwin Anyaoku since 2005. We attended the same church "African Dream Family Church" which was previously known as "Rhema East Family Church".  I served as one of the Ministry of Helps along with his wife Audrey Anyaoku. The Anyauku family are much closer to me than just friends, they are more like my family. In fact, I met my husband Thabiso Ntsime through them.

I've always known Edwin Anyauku to be a family man; loving husband and caring father. I've witnessed this at family gatherings as well as when I visited their home. Edwin would always be helping with whatever is needed, whether it be fixing things, or helping the children with their homework or even fixing a meal. I believe Edwin Anyauku is an upstanding citizen and a God-fearing man even the pastors of our current church recognised this when they approached Edwin and Audrey to host a homecell.

Edwin Anyauke has made a mistake which has caused him to lose time away from his wife and children and I know this is heart breaking for him…not being able to be the man, father and husband his family has grown to rely on and because of that he is incredibly remorseful. I know he is doing his best where he is to prove himself worthy of society and doing what is needed to get through this trailing time. I still believe Edwin is a man of moral character, this mistake has not changed my opinion of him, he just needs a chance to prove himself.


Regards

Charlene Ntsime