# Exhibit 2

# Sentencing Video
## Submitted to Chambers