# Exhibit 3

# Photos from Church Groups



**Edwin and Audrey Anyaoku with members of their church "Home Cell" (prayer group), including Gert and Noelene Botha**



**Edwin Anyaoku (far right) at an outside prayer meeting with his children and members of his church**