# Exhibit 4

# Letter from Alexandria Detention Center Counselor

March 10, 2020

To Whom It May Concern:

Re: Jail Adjustment Letter – Anyaoku, Edwin A0182310

Inmate Anyaoku has been incarcerated at the Alexandria Detention Center since June 21, 2019.

During this period of incarceration Inmate Anyaoku has not received any major violations, minor violations, or administrative adjustment notes. Inmate Anyaoku has also been a member of the inmate workforce since August 9, 2019 without any incident. He has actively worked in the kitchen since this time helping to prepare, cook, and dismantle meal services, among other duties. He also regularly attends church and discipleship class at this facility.

If you should have any other questions or concerns regarding Inmate Anyaoku's adjustment status, I may be reached at (703) 746-5076.

Sincerely,

Collin O'Bryan
Inmate Classification Counselor