IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.  1:18CR270 |
| | ) | |
| | ) | Hon. Liam O'Grady |
| EDWIN ANYAOKU, | ) | Sentencing Hrg: September 22 |
| | ) | 2020 |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S LETTER TO THE COURT

COMES NOW the Defendant, Edwin Anyaoku, by and through his attorney, Elizabeth Mullin, and pursuant to 18 U.S.C. §3553(a)(1), respectfully requests this Court read the additional attached letter prior to the imposition of sentence in this case.  Counsel also respectfully refers the Court to defendant's Position on Sentencing (Doc No. 47) and Supplement (Doc. No. 54), filed on March 13 and August 28, 2020, respectively.

Respectfully submitted,

Edwin Anyaoku

By Counsel,

Geremy C. Kamens,
Federal Public Defender

By:

_____/s/_____
Elizabeth A. Mullin
Virginia Bar No. 86668
Attorney for Defendant

        Office of the Federal Public Defender
        1650 King Street, Suite 500
        Alexandria, VA   22314
        (703)600-0800 (telephone)
        (703)600-0880 (facsimile)
        elizabeth_mullin@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2020, I will electronically file the foregoing with the Clerk of court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

        Katherine Rumbaugh, Esq.
        United States Attorney's Office
        2100 Jamieson Avenue
        Alexandria, VA   22314

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the forgoing pleading will be delivered to Chambers within one business day of the electronic filing.

        _____/s/_____
        Elizabeth A. Mullin
        Attorney for Defendant
        Virginia Bar No. 86668
        Office of the Federal Public Defender
        1650 King Street, Suite 500
        Alexandria, VA   22314
        (703)600-0879 (telephone)

Dear Judge

My name is Edwin Anyaoku and I am writing to apologise to the court and take full responsibility for what I've done. I don't mean to hot any one in United States or to xport drugs into United States. I see opportunity to money, such will not happen in my life again.

I was arrested on 19 June 2018 and I was detained in Johannesburg prison in South Africa for 12 months before extradition.

Your Honor please take into consideration for my sentence that I have been taking my punishment very seriously by working in the kitchen seven days a week wile here in th Alexandria detention center (A.D.C.) Washing pots, pans, and trays for 300 inmates each day for 14 months now.

PROVERBS 28:13 Says, he who covers his sins will not prosper, but whoever confesses and forsakes them will have Mercy (N.K.J.V).
Your Honor, please know that I miss my family very much they are in South Africa and I hope to get home to them one day soon.

Very Sincerely
Edwin Anyaoku

 

# EXCELLENCE

This certificate is presented to

## Edwin Anyaoku

for your outstanding performance and exceptional commitment to team work

Deputy T. Moss – Inmate Work Force Supervisor, Facility Services Division
Inmate Work Force Program @ William G. Truesdale Detention Center